**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JULIE W.,

                Plaintiff,                23 **CIVIL** 3143 (GRJ)

      -against-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision & Order dated April 29, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 12) is DENIED, and this case is DISMISSED. Judgment is entered in favor of the Commissioner and this case is closed.

**Dated:**  New York, New York
         April 29, 2024

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                    **BY:**      *[signature]*
                                                          **Deputy Clerk**